UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRADLEY LEVINE,

        Plaintiff,

v.   Case No. 3:25-cv-396-TJC-MCR

AMERICOLLECT INC.,

        Defendant.

## O R D E R

This Fair Debt Collection Practices Act case was just removed from County Court. See Doc. 1. Plaintiff's complaint states the amount in controversy is more than $8,000 but does not exceed $15,000 and the debt defendant was attempting to collect was $952.14 (an amount plaintiff alleges his employer or his employer's insurer owed, not him, because it resulted from a work-place injury). See Doc. 1, attachments. Before spending the money that federal court litigation will likely require, the parties ought to try to settle this.

Accordingly, it is hereby

**ORDERED**:

1. The parties are directed to engage in informal settlement discussions. No later than **May 15, 2025**, they shall file a joint status report

stating whether they have settled the case or need more time to continue those discussions. If their informal discussions are not fruitful, the Court will appoint a mediator and set a deadline for early mediation.

2. All other deadlines, including the deadline for defendant to respond to the complaint, and for filing a case management report are stayed until further order. Notwithstanding the stay, the parties should exchange any discovery helpful to the facilitation of settlement.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of April, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record